UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KEITH SCHANCK,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondents. | No. 2:18-cv-0175 KJN P<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding without counsel, has filed a request for a writ of mandate. Petitioner alleges that President Obama granted him executive clemency and commuted his sentence to expire on December 19, 2018. Petitioner alleges that the Federal Bureau of Prisons has failed to recalculate his sentence based on President Obama's grant of clemency.

The undersigned construes this action as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: January 31, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scha0175.101a